UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| NATALI, INC. dba SAN FRANCISCO BADLANDS, | ) ) ) | Case No.: C 09-3298 PVT |
| Plaintiff, | ) ) | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR PLAINTIFF TO FILE A REQUEST FOR ENTRY OF DEFAULT IF DEFENDANTS DO NOT FILE RESPONSIVE PLEADINGS** |
| v. | ) ) | |
| T.J. BRUCE, et al., | ) ) | |
| Defendants. | ) ) | |

On December 7, 2009, Plaintiff filed a Case Management Conference Statement in which it indicated that the Defendants had recently been served, and that responsive pleadings were expected to be filed by December 15, 2009. The court continued the Case Management Conference to allow time for the responsive pleadings to be filed. On January 18, 2010, Plaintiff filed a Case Management Conference Statement in which it indicated that the Defendants had "recently" been served, and that responsive pleadings were expected to be filed by January 26, 2010. The court again continued the Case Management Conference to allow time for the responsive pleadings to be filed. On February 11, 2010, Plaintiff again filed a Case Management Conference Statement in which it inexplicably indicated that the Defendants had "recently" been served, and that responsive pleadings were expected to be filed by January 26, 2010 [sic]. Based on the file herein,

IT IS HEREBY ORDERED that the Case Management Conference is CONTINUED to

March 9, 2010. The parties shall file a *Joint* Case Management Conference Statement no later than March 2, 2010.

IT IS FURTHER ORDERED that, if Defendants have not filed responsive pleadings by February 23, 2010, then Plaintiff shall file a request for entry of default no later than February 25, 2010.

Dated: *2/12/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge